IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § CASE NUMBER 4:21MJ547 |
| v. | § § § |
| MATTHEW DASILVA (1) | § § |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the District of Columbia. The defendant may need an interpreter for this language: N/A.

The defendant: ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

**IT IS ORDERED**: The defendant is ordered to appear for preliminary hearing before United States Magistrate Judge Harvey on Friday, July 16, 2021, at 1:00 p.m. (Zoom instructions will be provided).

Date: July 14, 2021

_____
CHRISTINE A. NOWAK
UNITED STATES MAGISTRATE JUDGE